IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:24-po-5137-KLD |
|---|---|
| Plaintiff, | VIOLATION: F5426619 |
| vs. | Location Code: M10 |
| SHANE SKELTON, | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the arrest warrant is quashed.

FURTHER, and based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for the violation F5426619 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation F06I0030.

Dated this  13th  day of  March , 2025.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1